United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOUCHEHR SHALILEH,<br><br>    Plaintiff,<br><br>  v.<br><br>ROUNDPOINT MORTGAGE SERVICE, LLC,<br><br>    Defendant. | Case No. 4:24-cv-09247-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Alex G. Tse for consideration of whether the case is related to *Shalileh v. RoundPoint Mortgage Servicing, LLC*, 24-cv-09244-AGT.

**IT IS SO ORDERED.**

Dated: March 3, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge